**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**GYROME FUDGE**

**SEALED INDICTMENT**

4:26cr48-RH

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about May 29, 2026, in the Northern District of Florida, the defendant,

**GYROME FUDGE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, that is:

1. On or about April 2, 2008, **GYROME FUDGE** was convicted in the State of Georgia of Forgery 1st Degree.

2. For this crime, **GYROME FUDGE** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **GYROME FUDGE** did knowingly possess a firearm, to-wit, a Smith & Wesson 9-millimeter Luger caliber handgun.

4. This firearm had previously been transported in interstate commerce.

aw

RCV'D USDC FLND TL JUL 7 '26 PM12:45

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**GYROME FUDGE,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

[redacted]

FOREPERSON

7/7/2026

DATE

JOHN P. HEEKIN
United States Attorney

ERIC K. MOUNTIN
Assistant United States Attorney